**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
JOSE PEDRO CONDO, *individually and on behalf of others similarly situated,*

                 *Plaintiff*,

    -against-

VIDHAN BHATT INC.  (D/B/A AAHAR INDIAN CUISINE), BOMBAY'S INDIAN CUISINE INC.  (D/B/A BOMBAY'S INDIAN CUISINE), PRASHANT BHATT, and SONAL VYAS,
                 *Defendants.*
---------------------------------------------------------X

**20-cv-07793**

### [Proposed] JUDGMENT

On January 29, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff JOSE PEDRO CONDO has judgment against Defendants VIDHAN BHATT INC.  (D/B/A AAHAR INDIAN CUISINE), BOMBAY'S INDIAN CUISINE INC. (D/B/A BOMBAY'S INDIAN CUISINE), PRASHANT BHATT, and SONAL VYAS, in the amount of $23,000, (Twenty-Three Thousand Dollars) which is inclusive of attorneys' fees and costs.

Dated:  _____, 2021

                                              _____
                                              **HON. SARAH NETBURN**