**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
JOSE PEDRO CONDO, *individually and on behalf of others similarly situated*,

                                      *Plaintiff*,

      -against-

VIDHAN BHATT INC. (D/B/A AAHAR INDIAN CUISINE), BOMBAY'S INDIAN CUISINE INC. (D/B/A BOMBAY'S INDIAN CUISINE), PRASHANT BHATT, and SONAL VYAS,

                                   *Defendants.*
-------------------------------------------------------X

**20-cv-07793**

## JUDGMENT

On January 29, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff JOSE PEDRO CONDO has judgment against Defendants VIDHAN BHATT INC. (D/B/A AAHAR INDIAN CUISINE), BOMBAY'S INDIAN CUISINE INC. (D/B/A BOMBAY'S INDIAN CUISINE), PRASHANT BHATT, and SONAL VYAS, in the amount of $23,000, (Twenty-Three Thousand Dollars) which is inclusive of attorneys' fees and costs.

Dated:   Jan. 29, 2021

                                                  /s/ Laura Taylor Swain

                                                 **LAURA TAYLOR SWAIN, USDJ**